JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Kaitlyn_Fryzek@fd.org

Counsel for Defendant Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARICO TAVARIA ANDERSON,<br><br>Defendant. | **Case No.:** 26-CR-189 YGR [ASK]<br><br>**MOTION TO ALLOW REMOTE APPEARANCE; ORDER**<br><br>**Court:**         Courtroom 4, 3rd Floor<br>**Hearing Date:**  May 20, 2026<br>**Hearing Time:**  10:30 a.m. |

This case is currently set for a detention hearing on May 20, 2026, before this Honorable Court. Defense counsel respectfully requests that the Court permit three potential sureties/custodians for Mr. Anderson, all of whom reside in Forney, Texas, to appear remotely via Zoom for the hearing. Given the fast-paced nature of the proceedings, the sureties were unable to arrange travel to the Northern District of California to attend the hearing in person. The defense has asked the government's position and the government has indicated they do not oppose the request for the remote appearance.

MOTION TO PERMIT REMOTE APPEARANCE; ORDER
*ANDERSON*, 4:26-CR-189 YGR

1

Dated:    May 18, 2026                    Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
KAITLYN FRYZEK
Assistant Federal Public Defender


### ORDER

For good cause shown, it is hereby ordered that Mr. Anderson's potential sureties, Gollia Anderson, Talia Romar, and Ricky Anderson, be permitted to appear remotely for the detention hearing currently set on May 20, 2026.


**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
HON. AJAY KRISHNAN
United States Magistrate Judge

MOTION TO PERMIT REMOTE APPEARANCE; ORDER
*ANDERSON*, 4:26-CR-189 YGR

2