JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Kaitlyn_Fryzek@fd.org

Counsel for Defendant Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JARICO TAVARIA ANDERSON,<br>Defendant. | **Case No.:** CR 26–189 YGR (ASK)<br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS**<br>**Court:** Courtroom 4, 3rd Floor |

Jarico Tavaria Anderson is currently on pretrial release with various conditions, including that he be on electronic monitoring. Mr. Anderson was initially ordered released on May 20, 2026, with electronic monitoring and home confinement. Mr. Anderson performed well on home confinement with no violations, and on July 29, 2026, his monitoring was reduced to GPS monitoring with an evening curfew. Mr. Anderson has continued to do well on electronic monitoring and to defense counsel's knowledge, Mr. Anderson has not had any violations. Additionally, there is still a custodian on his bond; Mr. Anderson continues to reside with his custodian in Texas. For these reasons, Mr. Anderson respectfully requests that his release conditions be modified to remove the condition of electronic monitoring. All other conditions of release shall remain the same. The government and

United States Pretrial have no objection to the proposed modification.

IT IS SO STIPULATED.

Dated: September 22, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S
KAITLYN FRYZEK
Assistant Federal Public Defender

Dated: September 22, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
GEORGE HAGEMAN
Assistant United States Attorney

IT IS SO ORDERED.

Dated: ______________

HON. AJAY S. KRISHNAN
United States Magistrate Judge