UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 24, 2026 **Time:** 19 minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 26-cr-00189-YGR-1 **Case Name:** UNITED STATES v. Jarico Tavaria Anderson

**Attorney for Plaintiff: George Hageman**
**Attorney for Defendant: Kaitlyn Fryzek**
**Defendant:** [X] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody [X] Not in Custody

**Deputy Clerk:** Dianna Shoblo **Reported by:** Kelly Shainline
**Interpreter:** N/A **Probation Officer:** N/A

## PROCEEDINGS

Change of Plea Hearing - Held

The Defendant is sworn. The Plea Agreement is signed and filed in court. The Court finds the Defendant to be fully competent and capable of entering a plea. The plea is knowing and voluntary. The Court finds a factual basis for the plea. The Defendant enters a plea of guilty as to Count One of the Indictment filed 04/23/2026. The plea is accepted by the Court. The Defendant is adjudged guilty of the offense.

The Defendant is referred to the Probation Office to conduct a presentence investigation.

CASE CONTINUED TO: January 28, 2027 at 11:30 AM for Sentencing Hearing.